```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA

TERRI TROYER, ET AL.                    CIVIL ACTION

VERSUS                                  NO: 06-7821

ALLCAT CLAIMS, LLC, ET AL.              SECTION: "J" (3)
```

### ORDER AND REASONS

Before the Court is Plaintiffs' Motion for Partial Summary Judgment (Rec. Doc. 65). For the reasons below, Plaintiff's Motion is **DENIED**.

### BACKGROUND

Plaintiffs filed suit against Defendants, flood insurer, USAA General Indemnity Company ("USAA") and insurance adjuster Allcat Claims, asserting negligent misrepresentation, breach of contract, common-law fraud, and conspiracy to commit fraud. This Court dismissed the claims against Allcat, holding that no federal cause of action exists against an insurance adjuster for claims the adjuster made to the insured. This Court held that the National Flood Insurance Act does not provide for a private right of action for common law fraud, and this Court noted that no other court had found that there exists a right to sue an insurance adjuster for fraud. *See Troyer v. USAA Gen. Indem. Co.*, No. 06-7821 (E.D. La. June 18, 2007)(Barbier, J.). This

Court also dismissed the extra-contractual claims against USAA. Therefore the only claims left in contention are the claims related to what was damaged during Katrina, and the extent of that damage.

## DISCUSSION

Plaintiffs assert that there is no material issue as to whether salt remained embedded in the ground floor studs of the house following the house's having been submerged in water following Hurricane Katrina.  Accordingly, Plaintiffs assert that under the plain meaning of the word damage, the studs must be damaged, and the Court should hold that as a matter of law, the studs are damaged.

Defendant does not address whether there is salt in the studs, but provides testimony that its experts believe that the studs do not require replacement, because they are not damaged.

Therefore there does seem to be a genuine question of material fact as to whether the studs are damaged and whether the studs needed to be replaced.  Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion for Partial Summary Judgment (Rec. Doc. 65) is **DENIED**.

New Orleans, Louisiana this the 30th day of January, 2008.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE